# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STURM, RUGER & CO., INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:19-cv-00801-JL |
| AMERICAN OUTDOOR BRANDS ) | |
| CORPORATION, SMITH & WESSON ) | |
| INC. ) | |
| and ) | |
| THOMPSON/CENTER ARMS, ) | |
| COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S LIST OF WITNESSES FOR THE PRELIMINARY INJUNCTION HEARING

Pursuant to the Court's August 29, 2019 Procedural Order and as amended on November 12, 2019, the Plaintiff identifies the following witnesses who are expected to testify at the Preliminary Injunction Hearing presently scheduled for November 25th & 26th:

1. Dr. Eugene Ericksen, Philadelphia, PA

2. Mark Gurney, Newport, NH

|||
|---|---|
| | Respectfully submitted, |
| | **ORR & RENO, P.A.** |
| Dated: November 20, 2019 | By:/s/ James F. Laboe<br>James F. Laboe (N.H. Bar No. 14571)<br>P.O. Box 3550<br>Concord, New Hampshire 03302-3550<br>Telephone:  (603) 224-2381<br>Facsimile:  (603) 223-2318 |
| | *Attorneys for Plaintiff*<br>*Sturm, Ruger & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2019, a copy of the foregoing was served this day on all Counsel of Record by filing the foregoing with the Court's ECF system.

/s/ James F. Laboe

2603603