U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 27 2019

FILED

Case No. 1:19-cv-00801-JL

| Hearing Ex. | Prior Ex. No. | Prod Beg Bates No. | Doc Date | Description | Designation |
|---|---|---|---|---|---|
| | | Defendants' Preliminary Injunction Exhibit List *Sturm, Ruger & Co., Inc. v. American Outdoor Brands Corporation, et al.* Case No. 1:19-cv-00801-JL | | | |
| A (ID) | Gurney Exhibit 1, Ericksen Exhibit D-12 | | 7/31/2019 | Complaint | N/A |
| B (ID) | Gurney Exhibit 2 | RGR-00000009 | 01/00/2006 | Ruger magazine excerpts | N/A |
| C (ID) | Gurney Exhibit 3 | RGR-00000017 | | Ruger 10/22 and 10/17 rifle ad | N/A |
| D (ID) | Gurney Exhibit 4 | RGR-00000068 | | Ruger "All-Weather Rifles" ad | N/A |
| E | Gurney Exhibit 5 | RGR-00000043 | | Ruger 10/22 Magazine ad | N/A |
| F (ID) | Gurney Exhibit 6 | | | Hand-drawn diagram | N/A |
| G | Gurney Exhibit 7 | RGR-00000114 | | Ruger "The Trademark of Perfection" magazine ad | N/A |
| H (ID) | Gurney Exhibit 8 | RGR-00000081 | | UK Ruger 10/22 Rifle ad via Viking Arms Limited | N/A |
| I (ID) | Gurney Exhibit 9 | RGR-00000182 | 12/20/1993 | 12/20/1993 Ruger Press Release on 10/22 (intended for release after 03/01/1994) | N/A |
| J | Gurney Exhibit 10 | RGR-00000205 | | Ruger 10/22 print ad | N/A |
| K (ID) | Gurney Exhibit 11 | RGR-00001571 | | Book Excerpt - "Chapter 1, The 10/22" | N/A |
| L (ID) | Gurney Exhibit 12 | RGR-00002481 | | Ruger Packaging Exemplar | N/A |
| M (ID) | Sanville Exhibit 1 | | 9/28/2017 | American Outdoor Brands Corporation, Long Gun Attitude & Usage Survey, September 28, 2017 - Part 1 | N/A |
| N (ID) | | | | T/CR22 Box | N/A |
| O | Ericksen Exhibit D-5 | S&W00017487 | 7/10/2019 | T/CR22 Forend Wrap | N/A |
| P | | | | T/CR22 rifle | N/A |
| Q (ID) | Sanville Exhibit 8 | S&W00001301 | 5/3/2018 | May 3, 2018 Press Release | N/A |
| R | | | | Ruger 10/22 Carbine rifle | N/A |
| S | | S&W00015974 | 7/5/2018 | Female Shooters T/CR22 Print Ad | N/A |
| T | | S&W00015986 | 7/5/2018 | Father and Kid T/CR22 Print Ad | N/A |

Case No. 1:19-cv-00801-JL

| | | | | | |
|---|---|---|---|---|---|
| U (ID) | | S&W00015976 | 7/5/2018 | Male T/CR22 Print Ad | N/A |
| V (ID) | | | | Hogue Aftermarket Stock | N/A |
| W (ID) | | | | Magpul Hunter X-22 aftermarket stock | N/A |
| X (ID) | Unger Exhibit 6 | S&W00000216 | 2/4/2016 | Rifle Specification Form | N/A |
| Y (ID) | | S&W00000626 | 6/9/2017 | Rifle Specification Form | N/A |
| Z (ID) | | S&W00013281 | 12/20/2017 | Rifle Specification Form | N/A |
| AA (ID) | | S&W00018934 | 8/24/2017 | Rifle Specification Form | N/A |
| BB (ID) | Daubert Exhibit C | | | T/CR22 Point of Sale Pictures | N/A |
| CC (ID) | Ericksen Exhibit D-1, Complaint Exhibit J | | 7/25/2019 | Eugene Ericksen Confusion Survey Report | N/A |
| DD (ID) | Ericksen Exhibit D-2 | | 3/25/2009 | Copy of Court Opinion in Bracco Diagnostics, Inc. v. Amersham Health, Inc., 627 F. Supp. 2d 384 (D.N.J. 2009) | N/A |
| EE (ID) | Ericksen Exhibit D-3 | | | Point of Sale Photographs (color photocopy of two photographs of rifles for sale taken at Dominion Outdoors in Fishersville, VA) | N/A |
| FF (ID) | Ericksen Exhibit D-4 | | | Point of Sale Photographs (color photocopy of two photographs of T/CR22 displayed for sale at Grice Gun Shop in Clearfield, PA) | N/A |
| GG (ID) | Ericksen Exhibit D-6 | | 4/4/2018 | Expert Report of Eugene Ericksen in Guayaki Sustainable Rainforest Products v. Yachak, LLC | N/A |
| HH (ID) | Ericksen Exhibit D-7 | | 4/26/2018 | Rebuttal Expert Report of Eugene Ericksen in Guayaki Sustainable Rainforest Products v. Yachak, LLC | N/A |
| II (ID) | Ericksen Exhibit D-8 | | 9/17/2015 | Rebuttal Expert Report of Eugene Ericksen in opposition proceeding between Newegg and Schoolhouse Outfitters. | N/A |

Case No. 1:19-cv-00801-JL

| | | | | | |
|---|---|---|---|---|---|
| JJ (ID) | Ericksen Exhibit D-9 | | 7/25/2019 | Eugene Ericksen Secondary Meaning Expert Report Prepared for Sturm Ruger | N/A |
| KK (ID) | Ericksen Exhibit D-10 | | 6/15/2007 | Copy of Court Opinion in Louis Vuitton Malletier v. Dooney & Bourke, Inc., 525 F. Supp. 2d 558 (S.D.N.Y. 2007) | N/A |
| LL (ID) | Ericksen Exhibit D-11 | | | Photocopy of photograph of a T/CR22 from the website TheTruthAboutGuns.com | N/A |
| MM (ID) | Kivetz Exhibit 1 | | 10/4/2019 | Expert Rebuttal Report of Dr. Ran Kivetz | Highly Confidential |
| NN (ID) | Unger Exhibit 32 | S&W00011258 | 3/23/2017 | Capital Expenditure Proposal Summary | AEO |
| OO (ID) | | | 5/5/2019 | Guns America Digest Article dated May 5, 2019 - Bergara BRX | N/A |
| PP (ID) | | | 9/18/2018 | American Rifleman Article dated September 18, 2018 – Ruger Target Lite 10/22 Carbine | N/A |
| QQ (ID) | Unger Exhibit 9 | S&W00011757 | 2/11/2016 | Email exchange among Jason DuBois, Jeremy Beu, Matteo Viviano and you from Feb. 3, 2016 through February 11, 2016 | AEO |
| RR (ID) | Unger Exhibit 8 | S&W00011191 | | Design Requirements for Project Viceroy Stock and Magazine | AEO |
| SS (ID) | | | | Photocopy of CZ-USA Website featuring CZ 512 Carbine | N/A |
| TT (ID) | | | 10/15/2015 | Ruger v. Armscor et al. Amended Complaint | N/A |
| UU (ID) | Withdrawn | RGR-00000290 | 3/26/1987 | Memo re: Italian Copy of 10/22 Rifle | N/A |

Case No. 1:19-cv-00801-JL

| | | | | | |
|---|---|---|---|---|---|
| VV (ID) | | RGR-00000243 | 8/7/1991 | Ruger Letter Correspondences with Customer Re: 10/22 Sub-Machine Gun Concern | N/A |
| WW (ID) | | RGR-00000206 | 6/15/1983 | Memo re: "After Market" Rotary-Type Magazines for Ruger 10/22 Rifle | N/A |
| XX (ID) | | RGR-00000196 | 2/00/1965 | Ruger New 10/22 Print Ad | N/A |
| YY (ID) | | RGR-00000167 | 1/10/1996 | Press Release to Outdoor Writers, Editors, and Publishers | N/A |
| ZZ (ID) | | RGR-00000070 | | Ruger Innovative Improvements Print Ad | N/A |
| AAA (ID) | | RGR-00000059 | | Ruger Print Ad | N/A |
| BBB (ID) | | RGR-00000005 | | Ruger 40th Anniversary Print Ad | N/A |
| CCC (ID) | Previously provided to the Court in native format | RGR-00000003 | 1/21/2019 | 133162_Final_Excel_012119 Confusion.xlsx | N/A |
| DDD (ID) | Previously provided to the Court in native format | RGR-00000004 | 1/21/2019 | 133162_Final_Mapfile_012119 Confusion.xlsx | N/A |
| EEE (ID) | | | 12/18/2016 | Photocopy of The Highroad Website - Re: LCP, How Does Ruger Get Away With It? | N/A |
| FFF (ID) | | | 4/00/2011 | Photocopy of Gun Tests Website - Compact 9mms Head to Head: New Ruger LC9 vs. Kel-Tec PF9 | N/A |
| GGG (ID) | | | 7/00/2008 | Photocopy of Gun Tests Website - Special Report - Two Tiny 380s: LCP VS. Kel-Tec | N/A |
| HHH (ID) | | | 7/10/2011 | Photocopy of Glock Talk Website - Did Ruger steal Kel-Tec's designs? | N/A |
| III (ID) | | | 7/14/2014 | Photocopy of KTOG Website - Ruger LC9 keltec clone? | N/A |
| JJJ (ID) | | RGR-00000351 | 2/00/2008 | Email exchange among Ken Jorgensen, Steve Sanetti, and Wayne Vanzwoll | N/A |
| KKK (ID) | | RGR-00001434 | | Ruger 10/22 Rifles Print Ad | N/A |

| | | | | | |
|---|---|---|---|---|---|
| LLL (ID) | | RGR-00001691 | 11/15/1991 | Semi-Automatic Rifle newspaper articles | N/A |
| MMM (ID) ✗ ✓ | | RGR-00001846 | 2004 | Gun Test - Book of Guns - Article re: Ruger 10/22 | N/A |
| NNN (ID) | | | | Collection of screenshots from SavageArms.com (re: Savage A22); CoolGuyGuns.com (re: Kidd .22IR), Volquartsen.com (re: Volquartsen VM-22), GunsInternational.com (re: Volquartsen VM-22), and Remington.com (re: Remington 597) | N/A |
| OOO (ID) | | | 2007 | American Outdoor Brands Corporation, Long Gun Attitude & Usage Survey - Part 2 | N/A |

PPP (ID) — Posterboard photograph of Ruger 10/22 carbine rifle

QQQ (ID) ✗ — Posterboard photo

RRR (ID) ✗ — Posterboard photo -

SSS (ID) — Ruger Box

TTT (ID) ✗ — Magpul T/CR22 stock

UUU (ID) ✗ — Rifle slide presentation

Page 5 of 5