# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STURM, RUGER & CO., INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN OUTDOOR BRANDS ) <br> CORPORATION, SMITH & WESSON INC. ) <br> and ) <br> THOMPSON/CENTER ARMS, COMPANY, ) <br> LLC, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 19-cv-801-JL |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF
## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Sturm, Ruger & Co., Inc. ("Ruger") hereby withdraws its Motion for

Preliminary Injunction (Doc. 3) which was filed with this Court on July 31, 2019.

 

Respectfully submitted,

**STURM, RUGER & CO., INC.**

By its attorneys,

ORR & RENO, P.A.
45 S. Main Street
P.O. Box 3550
Concord, New Hampshire 03302-3550
Telephone: (603) 224-2381
Facsimile: (603) 223-2318

Dated: December 4, 2019     By:  /s/ James F. Laboe
                                                                  James F. Laboe (N.H. Bar No. 14571)

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of December 2019, a copy of the foregoing was served this day on all Counsel of Record by filing the foregoing with the Court's ECF system.

                                                  /s/ James F. Laboe