IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STURM, RUGER & CO., INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| AMERICAN OUTDOOR BRANDS CORPORATION, SMITH & WESSON INC. and THOMPSON/CENTER ARMS, COMPANY, LLC, | ) Civil Action No. 19-cv-801-JL<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal of this proceeding, without prejudice and with each party bearing its own attorneys' fees and costs.

DATED this 3rd day of November 2020

**ORR & RENO, P.A.**

By: /s/ James F. Laboe
James F. Laboe (NH Bar No. 14571)
P.O. Box 3550
Concord, New Hampshire 03302-3550
Telephone: (603) 224-2381
jlaboe@orr-reno.com

DATED this 3rd day of November 2020

**SHEEHAN PHINNNEY BASS & GREEN**

By: /s/ Christopher Cole
Christopher Cole (NH Bar No. 8725)
Ryan Lirette (NH Bar No. 19561)
1000 Elm Street, P.O. Box 3701
Manchester, New Hampshire 03105
Telephone: (603) 627-8223
ccole@sheehan.com

| | |
|---|---|
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**<br><br>By: /s/ Douglas A. Rettew<br>Douglas A. Rettew, Admitted *Pro Hac Vice*<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4161<br>doug.rettew@finnegan.com<br><br>*Attorneys for Sturm, Ruger & Co., Inc.* | **BALLARD SPAHR, LLP**<br><br>By: /s/ Hara Jacobs<br>Hara Jacobs, Admitted *Pro Hac Vice*<br>Noah Robbins, Admitted *Pro Hac Vice*<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 864-8209<br>jacobsh@ballardspahr.com<br>robbinsn@ballardspahr.com<br><br>*Attorneys for American Outdoor Brands Corporation, Smith & Wesson Inc. and Thompson/Center Arms Co., LLC* |

2941450